

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
PHILLIP N. SMITH
CRISTINA D. SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-052-GMN-PAL |
| Plaintiff, | EX-PARTE MOTION TO UNSEAL CASE UPON ARREST OF THE FIRST DEFENDANT |
| vs. | |
| REGGIE PRATT et al., | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court to unseal the criminal case and indictment in the above-captioned at the time of the first defendant's arrest.

The Government previously moved to seal the indictment to protect an on-going investigation. The need for keeping the indictment sealed will expire at the time of the first defendant's arrest. As a result, the Government respectfully moves

to have the case and the indictment in the instant matter unsealed at the time of the first defendant's arrest.

Dated this 1st day of March, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

The Government's motion is hereby __granted__.

SO ORDERED:

_____
Honorable Carl W. Hoffman
United States Magistrate Judge

Dated: 3/2/2016