

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   BRANDON C. JAROCH
3  PHILLIP N. SMITH
   CRISTINA D. SILVA
4  Assistant United States Attorneys
   333 Las Vegas Boulevard South
5  Suite 5000
   Las Vegas, Nevada 89101
6  702-388-6336

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAR - 1 2016

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-052-GMN-PAL |
| Plaintiff, | EX-PARTE MOTION TO UNSEAL CASE UPON ARREST OF THE FIRST DEFENDANT |
| vs. | |
| REGGIE PRATT et al., | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court to unseal the criminal case and indictment in the above-captioned at the time of the first defendant's arrest.

The Government previously moved to seal the indictment to protect an on-going investigation. The need for keeping the indictment sealed will expire at the time of the first defendant's arrest. As a result, the Government respectfully moves

2

1  to have the case and the indictment in the instant matter unsealed at the time of
2  the first defendant's arrest.
3      Dated this 1st day of March, 2016.

4                                   Respectfully submitted,

5                                   DANIEL G. BOGDEN
                                    United States Attorney

6

7                                   /s/ Phillip N. Smith, Jr.
                                    PHILLIP N. SMITH, JR.
8                                   Assistant United States Attorney

9  The Government's motion is hereby __granted__.

10 SO ORDERED:

11 _____      Dated: 3/2/2016
   Honorable Carl W. Hoffman
12 United States Magistrate Judge

3