KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, REGGIE PRATT*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGGIE PRATT, et. al.,<br><br>Defendant. | CASE NO.: 2:16-cr-00052-GMN-PAL<br><br>**REGGIE PRATT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW the Defendant, REGGIE PRATT, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KARAEN A. CONNOLLY, LTD., and hereby moves this Honorable Court to order that a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation Department to determine Defendant Pratt's criminal history. The calculation of Defendant Reggie Pratt's criminal history score is unclear and will greatly affect his sentencing exposure.

A proposed plea agreement has been provided. In order to help facilitate a resolution to this matter, in the interests of judicial economy, it is respectfully requested that the United States Department of Parole and Probation be directed to prepare a pre-plea presentence investigation report as soon as possible.

///

///

///

1

Assistant United States Attorney Phillip Smith has no objection to this request.

DATED this ___ day of August 2016.

KAREN A. CONNOLLY, LTD.

_____
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
*Attorney for Defendant, REGGIE PRATT*

Motion - Pre-Plea PSI.wpd                    2

KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:   (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:   advocate@kconnollylawyers.com
*Attorney for Defendant, REGGIE PRATT*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REGGIE PRATT, et. al.,<br><br>    Defendant. | CASE NO.: 2:16-cr-00052-GMN-PAL<br><br>**ORDER** |

   **IT IS HEREBY ORDERED** that Defendant Reggie Pratt's Unopposed Motion for a Pre-Plea Presentence Investigation Report (ECF No. 93) is **GRANTED**.

   **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare and provide to the Court by October 31, 2016, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant's **criminal history only**.

**DATED** this 30 day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 30 day of August 2016, I served a true and correct copy of the above and foregoing *Defendant Reggie Pratt's Unopposed Motion to Conduct a Pre-Plea Pre-Sentence Investigation Report and Proposed Order* electronic mail, pursuant to the NEF-AC, to the following parties at interest:

DANIEL BOGDON
United States Attorney

PHILLIP SMITH, ESQ.
Assistant United States Attorney

PAOLA ARMENI, ESQ.
Attorney for Dywon Johnson

OSWALDO FUMO, ESQ.
Attorney for Torrence Douglas

JENNIFER WALDO, ESQ.
Attorney for Antoine Evans

DAVID BROWN, ESQ.
Attorney for Antonio Randolph

RANDALL ROSKE, ESQ.
Attorney for Dominique Grace

JOHN G. GEORGE, ESQ.
Attorney for Ronald Smith

PHILIP H. BROWN, ESQ.
Attorney for Todd Johnson

_____
An Employee of KAREN A. CONNOLLY, LTD.

Motion - Pre-Plea PSI.wpd          4