# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>REGGIE PRATT, )<br>)<br>Defendant. )<br>) | Case No.: 2:16-cr-00052-GMN-CWH<br><br>**ORDER** |

Pending before the Court is Defendant Reggie Pratt's ("Defendant's") Motion for Early Termination of Supervised Release, (ECF No. 357). The Government filed a Response, (ECF No. 358), stating that after consulting with the U.S. Probation Office, it does not oppose Defendant's Motion. (*See* Response 1:16–18, ECF No. 358). The U.S. Probation Office filed a Recommendation Letter, indicating it does not oppose Defendant's Motion. Based on the Government's Response, the U.S. Probation Office's Recommendation Letter, and after considering the factors in 18 U.S.C. § 3583(e), the Court is satisfied that early termination is warranted by the conduct of Defendant Pratt and in the interest of justice. *See* 18 U.S.C. § 3583(e)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Reggie Pratt's Motion for Early Termination of Supervised Release, (ECF No. 357), is **GRANTED**.

Dated this  27  day of May, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court